UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

J.R., a minor, by and through
his parents W.R. and N.R., and
N.R., individually,

                              NO. CIV.S-06-2136 LKK/GGH

        Plaintiffs,

  v.                            O R D E R

SYLVAN UNION SCHOOL DISTRICT,
STATE OF CALIFORNIA DEPARTMENT
OF EDUCATION in its supervisory
capacity, the CALIFORNIA OFFICE
OF ADMINISTRATIVE HEARINGS, and
DR. JOHN HALVERSON, in his
official capacity as
superintendent for SYLVAN
UNION SCHOOL DISTRICT,

        Defendants.
_____/

     The court is in receipt of a motion for a temporary restraining order filed in the above-captioned case.

    The court hereby ORDERS as follows:

    1. Counsel for plaintiff shall SERVE a copy of this order and the motion for a temporary restraining order upon defendants not later than close of business today, October 2, 2006.

1

1    2.  Defendants shall FILE their opposition to the motion for
2 a temporary restraining not later than 4:30 p.m. on Tuesday,
3 October 3, 2006.  Plaintiff may FILE a reply to the opposition no
4 later than 4:30 p.m. on Wednesday, October 4, 2006.  At the time
5 of filing a motion, opposition, or reply, counsel are directed to
6 email a copy in word processing format to lkk-
7 pleadings@caed.uscourts.gov.
8    3.  The matter is now SET for hearing before the undersigned
9 on Friday, October 6, 2006, at 4:15 p.m. in Courtroom No. 4.
10   IT IS SO ORDERED.
11   DATED:  October 2, 2006.

         /s/ Lawrence K. Karlton
         LAWRENCE K. KARLTON
         SENIOR JUDGE
         UNITED STATES DISTRICT COURT

2