UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

J.R., a minor, by and through
his parents W.R. and N.R.,
and W.R. and N.R., individually,

                           NO. CIV. S-06-2136 LKK/GGH

        Plaintiffs,

   v.                                    O R D E R

SYLVAN UNION SCHOOL DISTRICT,
STATE OF CALIFORNIA DEPARTMENT
OF EDUCATION in its supervisory
capacity, the CALIFORNIA OFFICE
OF ADMINISTRATIVE HEARINGS, and
DR. JOHN HALVERSON, in his
official capacity as superintendent
for SYLVAN UNION SCHOOL DISTRICT,

        Defendants.
_____/

    Pending on the January 16, 2007 law and motion calendar are hearings on three motions to dismiss filed by the California Department of Education, the Sylvan Union School District and the Office of Administrative Hearings. However, pending on the February 5, 2007 law and motion calender is a hearing on a motion to withdraw as attorney filed by plaintiff's counsel. A status

1 conference is currently set for December 18, 2006.  For purposes
2 of efficiency, the court orders as follows:
3     1.   The hearings on the pending motions to dismiss currently
4         set for January 16, 2007 are CONTINUED to March 12, 1007
5         at 10:00 a.m. in Courtroom Four.
6     2.   The status conference currently set for December 18,
7         2006 is CONTINUED to March 12, 2007 at 10:00 a.m. in
8         Courtroom Four.
9     IT IS SO ORDERED.
10     DATED: December 8, 2006.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2