UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

J.R., a minor, by and through
his parents W.R. and N.R.,
and W.R. and N.R., individually,

NO. CIV. S-06-2136 LKK/GGH

    Plaintiffs,

  v.                                  O R D E R

SYLVAN UNION SCHOOL DISTRICT,
STATE OF CALIFORNIA DEPARTMENT
OF EDUCATION in its supervisory
capacity, the CALIFORNIA OFFICE
OF ADMINISTRATIVE HEARINGS, and
DR. JOHN HALVERSON, in his
official capacity as superintendent
for SYLVAN UNION SCHOOL DISTRICT,

    Defendants.
_____/

    The court is in receipt of plaintiffs' counsel's application to shorten time regarding the motion to be relieved as counsel. An order in the above captioned case was issued on December 11, 2006. As explained in that order, the motion to be relieved as counsel is currently set on the February 5, 2007 law and motion calendar and the pending motions to dismiss are set to be heard on

1  March 12, 2007.  A status conference is also set for March 12,
2  2007.  This schedule should accommodate the concerns raised by
3  plaintiffs' counsel in the application to shorten time.  Therefore,
4  the application to shorten time is DENIED.
5      IT IS SO ORDERED.
6      DATED: December 12, 2006.

```
                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT
```