UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

J.R., a minor, by and through
his parents W.R. and N.R.,
and W.R. and N.R., individually,

                              NO. CIV. S-06-2136 LKK/GGH

        Plaintiffs,

    v.                                   O R D E R

SYLVAN UNION SCHOOL DISTRICT,
STATE OF CALIFORNIA DEPARTMENT
OF EDUCATION in its supervisory
capacity, the CALIFORNIA OFFICE
OF ADMINISTRATIVE HEARINGS, and
DR. JOHN HALVERSON, in his
official capacity as superintendent
for SYLVAN UNION SCHOOL DISTRICT,

        Defendants.
_____/

    On February 6, 2007 the court granted plaintiffs' counsel's motion to withdraw and ordered that plaintiffs inform the court within thirty (30) days of their intent to proceed pro per or provide the court with the name of newly retained counsel. That time has since elapsed and plaintiffs have failed to notify the

court of either new counsel or of their intent to proceed <u>pro</u> <u>per</u>. Accordingly, the court orders as follows:

1. This matter is REFERRED to the Honorable Gregory G. Hollows for all further pretrial proceedings, pursuant to L.R. 72-302(c)(21).
2. The status conference currently set for April 9, 2007 is hereby VACATED.

IT IS SO ORDERED.

DATED: April 3, 2007.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2