IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

J.R., a minor, by and through
his parents W.R. and N.R.,
and W.R. and N.R., individually,

      Plaintiffs,

vs.

SYLVAN UNION SCHOOL DISTRICT,
STATE OF CALIFORNIA DEPARTMENT
OF EDUCATION in its supervisory
capacity, the CALIFORNIA OFFICE
OF ADMINISTRATIVE HEARINGS, and
DR. JOHN HALVERSON, in his
official capacity as superintendent
for SYLVAN UNION SCHOOL DISTRICT,

      Defendants.
_____/

No. CIV S-06-2136 LKK GGH PS

ORDER

      On April 4, 2007, the District Judge referred this case to the undersigned for case management pursuant to E. D. Cal. L. R. 72-302(c)(21) and 28 U.S.C. § 636(b)(1), based on plaintiffs' pro se status. Review of the record demonstrates that plaintiffs have intermittently represented themselves and been represented by different counsel since the commencement of the underlying administrative proceedings; plaintiffs are presently seeking new counsel.

      Currently pending for decision by the U.S. Supreme Court is the question whether a non-lawyer parent of a disabled minor child may proceed pro se in a federal court action

1

1 | brought pursuant to the Individuals with Disabilities in Education Act, 20 U.S.C. 1400 et seq.
2 | See Winkelman ex rel. Winkelman v. Parma City School District, 166 Fed. Appx. 807 (6th Cir.
3 | 2006), cert. granted, 127 S.Ct. 467 (2006).  Since resolution of this issue will impact the manner
4 | in which the present case proceeds, this court will await the U.S. Supreme Court's decision in
5 | Winkelman before proceeding herein.
6 |       So ordered.
7 | DATED: 4/23/07       /s/ Gregory G. Hollows
8 |       GREGORY G. HOLLOWS
      U. S. MAGISTRATE JUDGE
10 | GGH5:Sylv2136.ord.fin