IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.R., a minor, by and through his parents W.R. and N.R., and W.R. and N.R., individually,<br><br>    Plaintiffs,<br><br>    vs.<br><br>SYLVAN UNION SCHOOL DISTRICT, STATE OF CALIFORNIA DEPARTMENT OF EDUCATION in its supervisory capacity, the CALIFORNIA OFFICE OF ADMINISTRATIVE HEARINGS, and DR. JOHN HALVERSON, in his official capacity as superintendent for SYLVAN UNION SCHOOL DISTRICT,<br><br>    Defendants.<br>_____/ | No. CIV S-06-2136 LKK GGH PS<br><br><br><br>ORDER |

On April 4, 2007, the District Judge referred this case to the undersigned for case management pursuant to E. D. Cal. L. R. 72-302(c)(21) and 28 U.S.C. § 636(b)(1). The referral was made two months after the District Judge granted, on February 6, 2007, the motion of plaintiffs' counsel to withdraw, thus permitting plaintiffs an opportunity to retain new counsel.[1]

---

[1] On April 13, 2007, plaintiffs filed a letter stating they never received the February 6, 2007 order granting the motion of their counsel to withdraw and directing plaintiffs to inform the court of the name of their new counsel or their intent to proceed in pro se; plaintiffs state, and the docket confirms, that service of the order was made electronically only upon counsel. However,

1

On April 24, 2007, this court stayed these proceedings pending the U.S. Supreme Court's decision in <u>Winkelman v. Parma City School District</u>, 127 S.Ct. 1994 (2007).  On May 21, 2007, the Court held that the Individuals with Disabilities Education Act ("IDEA") grants parents independent and enforceable rights they may litigate *pro se* in federal court.  Since these rights are coterminous with the rights of the child, the court found it unnecessary to reach the question whether IDEA entitles parents to litigate their child's claims *pro se*.  <u>Id</u>.  Unlike the common law rule precluding a parent from representing their child *pro se*, <u>Johns v. County of San Diego</u>, 114 F.3d 874, 877 (9th Cir. 1997), <u>Winkelman</u> enables plaintiff parents herein to pursue this action without counsel.

The District Judge's referral order vacated a status conference scheduled for April 9, 2007, pursuant to which the hearing on defendants' motions to dismiss, previously set for March 12, 2007, was to be rescheduled.  These motions are still pending although plaintiffs have yet to file an opposition.

Accordingly, the hearing on defendants' motions to dismiss, filed November 30, 2006 by the State of California, Sylvan Union School District and Superintendent Halverson, and December 1, 2006 by the Office of Administrative Hearings, is hereby rescheduled for Thursday, August 9, 2007, at 10:00 a.m. in Courtroom No. 24.  Plaintiffs' opposition shall be filed on or before Monday, July 16, 2007.  Defendants' replies, if any, shall be filed on or before Monday, July 30, 2007.

So ordered.

DATED: 6/1/07                                                          /s/ Gregory G. Hollows

                                                                       _____
                                                                       GREGORY G. HOLLOWS
                                                                       U. S. MAGISTRATE JUDGE

GGH5:Sylv2136.ord

---

plaintiffs attach a February 5, 2006 email from former counsel informing them of the court's decision.  Plaintiffs have asked that all future correspondence from the court be sent to their mailing address.