IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.R., a minor, by and through his parents W.R. and N.R., and W.R. and N.R., individually,<br><br>    Plaintiffs,<br><br>  vs.<br><br>SYLVAN UNION SCHOOL DISTRICT, STATE OF CALIFORNIA DEPARTMENT OF EDUCATION in its supervisory capacity, the CALIFORNIA OFFICE OF ADMINISTRATIVE HEARINGS, and DR. JOHN HALVERSON, in his official capacity as superintendent for SYLVAN UNION SCHOOL DISTRICT,<br><br>    Defendants.<br>_____/ | No. CIV S-06-2136 LKK GGH PS<br><br><br><br>ORDER |

       On October 16, 2007, attorney Scottlynn J. Hubbard submitted (but did not file) a letter to the undersigned that provides he "will be undertaking the representation of J.R.," and would defer deciding whether to undertake representation of J.R.'s parents. Mr. Hubbard has not filed a substitution of counsel or made further communication in this case. Plaintiffs' representation throughout this action, both administratively and before this court, has been a significant issue which again requires resolution.

\\\\\

1  Accordingly, IT IS HEREBY ORDERED that plaintiff(s) shall have until
2  Monday, January 7, 2008, to file a notice of substitution of counsel. If such notice is not timely
3  filed, the court will proceed to decide the pending motions to dismiss on the record.
4  The Clerk of Court is directed to serve this order upon all parties as well as upon
5  Mr. Hubbard, as follows:
6  Scottlynn J. Hubbard IV
   Law Offices of Lynn Hubbard
7  12 Williamsburg Lane
   Chico CA 95926
8
9  SO ORDERED.
10 DATED:   12/18/07                          /s/ Gregory G. Hollows
                                              _____
11                                            GREGORY G. HOLLOWS
                                              U. S. MAGISTRATE JUDGE
12
13 GGH5:Sylv2136.counsel

2